IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID STROM, Special Administrator
of the Estate of Jeanne L. Strom, Deceased                     PLAINTIFF

v.                       No. 4:23-cv-557-DPM

UNITED SERVCES AUTOMOBILE
ASSOCIATION                                                    DEFENDANT

## JUDGMENT

Strom's complaint is dismissed with prejudice. The Court retains jurisdiction until 28 October 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2024